NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TIANJIN MAGNESIUM INTERNATIONAL CO., LTD,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

and

**US MAGNESIUM LLC,**
*Defendant-Appellee.*

---

2012-1089

---

Appeal from the United States Court of International Trade in No. 09-CV-0535, Judge Jane Restani.

---

**JUDGMENT**

---

DAVID A. RIGGLE, Riggle & Craven, of Chicago, Illinois, argued for plaintiff-appellant.

RENEE A. GERBER, Trial Attorney, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee United States. With her on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and PATRICIA M. MCCARTHY, Assistant Director.

JEFFREY B. DENNING, King & Spalding LLP, of Washington, DC, argued for defendant-appellee US Magnesium LLC. With him on the brief was STEPHEN A. JONES. Of counsel was JEFFREY M. TELEP.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, O'MALLEY, and Reyna, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 14, 2012          /s/ Jan Horbaly
Date                    Jan Horbaly
                         Clerk